FILED

1

2                                                                    2009 FEB -5  AM 10: 56

3                                                              CLERK, U.S. DISTRICT COURT
                                                               CENTRAL DIST. OF CALIF.
                                                                    LOS ANGELES
4                                                              BY _____

5

# United States District Court
# Central District of California

(556)

# EDCV09-00220 ODW (CW)

11  Ervin LA·PRELLE CARPENTER

12  (AKA) LAMONT JOHNSON

13  PLAINTIFF                              Case#

14          ·vs·

15  GARY S. Penrod, Deputy Sheriff        Civil Rights Complaint

16  C. DAZALLA : DEPUTY                   Pursuant to

17  B. ENSCOE : DEPUTY

18  DOES 1-10, San Bernardino             42 U.S.C. §1983

19  Sheriff Department.

20  County of San Bernardino.

         - DEFENDANTS -

21

22

23       Plaintiff Ervin LA·prelle Carpenter (AKA) LAMONT JOHNSON

24  leges Against Defendants in thier individual and official

25  pacity Gary S. Penrod, Deputy C. DAZALLA, Deputy B. Enscoe

26  Does 1-10 and the County of San Bernardino as

27  follows'...

LODGED

2009 FEB -3  PM 12: 00
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1-26

## Nature of this Action.

1. This Action is brought Pursuant to title 42 U.S.C. Section 1983, and the laws and Constitution of the United States on behalf of the Plaintiff.

2. By this Complaint the Plaintiff alleges and accuses the defendants of acting Under Color of State law Violating his Civil rights By:

A.) Failure to train Sheriffs Dipartment, Personel to enable them to promulgate & maintain Security Protocol that can reasonably ensure that a Pretrial Detainee Inmate such as the Plantiff Can reasonably be assured that he will not be placed in the Same Holding Cell's with the culprit that cl. the Plantiff Was Transfered from State Prison to testify Against, The Culprit whom is a Violent Convicted Murderer and White Supremace Belonging to the Notorious Nazi low-Rider Terrorist Organization.

B) Knowing & Intentionally and with Malicious Intent Order the Plantiff to go into a Blend Spot at the Rancho Cucamanga Courthouse (San Kernardino Co) Holding Bullpen Cells which Already housed

2

the Culprit I was supposed to be testifying against and also another white Supremacist.

C.) With Malicious & Calous intent failed to protect the Plantiff by allowing the Plantiff to be Brutally stabbed on the right Backside Shoulder Blade and Biten on the left Back arm and stabbed on the left forearm and Repeatedly head butted and Stomped by Said Culprit whom I the Plantiff was transfered from State Prison to testify Against. Whom was a white Supremacist Gang Member.

D.) Failure to Provide adequate Medical Care for the injuries Plantiff Sustained when assaulted by Said Gang Members.

Plantiff Further alleges that Defendants by their Actions, individually and Collectively have Created and/or violated Departmental Rules, Regulations, Policies, Practices and Customs that a Reasonable person would know would result in the violation of plantiffs Civil rights as Cited Above.

## Jurisdiction

3) This Court has subject Matter Jurisdiction over this action Under 42 U.S.C. Section 1983.

4) Venue is Proper in this Court because Plantiff and all defendants resided in the Central district of California during all times relevant to this Action.

## The Parties

1) Plantiff: ERVIN LA·PRELLE CARPENTER (AKA) Lamont Johnson is a real Person.

2) ~~Gary S. Penrod~~

2) Gary S. Penrod is a real Person, and at all times relevant to this action, was the Sheriff of San Bernardino County.

3) The San Bernardino County Sheriffs Department which maintains and Operates its County Jails and Court System.

4) Deputy C. DAZALLA is a real person, who at all times relevant to this action, was employed as a deputy sheriff assigned to the Rancho Cucamonga Courthouse in San Bernardino County.

5) Deputy B. Ensco is a real person, who at all times relevant to this action, was employed as a deputy sheriff assigned to the Rancho Cucamonga Courthouse in San Bernardino C

4

1

2

3

4  <u>6.) DOES 1-10</u> Defendants Sheriffs Deputies are

5  REAL PERSONS whom are at all times relevant

6  to this Action, Was Employed as Deputy Sheriffs

7  Assigned to the Rancho Cucamonga Courthouse in

8  San Bernardino County.

9

10          Facts and Circumstances Giving

11     Rise to this Action......

12

13  On Nov 29, 2006, I Plantiff Ervin Laprelle Carpenter (AKA

14  Lamont Johnson was Physically Assaulted By "Brian

15  Dubrin" an inmate whom was incarcerated at West

16  Valley Detention Center in San Bernardino County. On

17  the Above Date I the plantiff in this Case & Brian Dubr.

18  was at Chino, California Courthouse in San Bernardo

19  County Going to Court on Seperate Charges both of

20  us were inmates incarcerated at W.V.D.C. I the

21  plantiff was Brutally Assaulted by Brian Dubrin

22  in the Holding Cell area used for Houseing the

23  incarcerated inmates. Deputies Louis Guevara

24  and Deputy C. Young were both on duty and

25  present and witnesses to this Assault. Deputy

26  Louis Guevara wrote an incident report and

27  Refered this Assault to the District Atty a one

1. Namesha Gohil Deputy District Atty for the
2. County of San Bernardino. BRIAN Dubrin was
3. Charged for this Brutal Assault in a Court of
4. Law. I the Plantiff and Brian Dubrin was the
5. Placed on what's Called a "ENEMY FILE" and we
6. are "KEEP AWAYS" Meaning we are to be Seperate
7. at all times while we are incarcerated & in the
8. Custody of S.B.S.D. It is Highlighted in Yellow
9. On Our Movement Cards, for All Deputies and
10. Bailiffs to see also it's highlighted on Our Face
11. Cards that we are Enemies and that thier is
12. an ongoing criminal case involving the (2) two of
13. us. All officers were very aware that Brian
14. Dubrin was being Prosecuted for Assaulting me. The
15. Witnesses to this Assault (Again) were Deputy
16. C. Young and Deputies Louis Guevara Both employ
17. at the S.B.S.D. At Chino, Calif.
18.
19.          On 9-30-2007 I The Plantiff Ervin L. Carper
20. (AKA) lamont Johnson, was Incarcerated At Tehatchapi state
21. Prison in Tehatchapi, Ca, I was called To The Main Building
22. And Picked up & Transfered by Bus to West Valley Detention
23. Center in Rancho Cucamonga, Ca By (2) Two San Bernardino
24. Sheriff Deputies. I The plantiff was Brought down from
25. Prison to Testify against Brian Dubrin for the Aforemention
26. Assault. The Said Assault Case in Mention was moved to
27. Rancho Cucamonga Courthouse for Security reasons and o

1. 9-28-2007 I the Plantiff was transfered to the
2. Rancho Cucamonga Courthouse by (County Van) because
3. of the (ENEMY FILE) On my Card. I was transfered
4. to the Courthouse to Testify Against Brian Dubrin.
5. When I, The Plantiff, was taken off the Van I
6. was met By Deputy B. Ensco and Deputy B.
7. ENSCOE ASKED ME WAS I Going to testify toda
8. against Brian Dubrin! I refused to answer him
9. so Deputy B. Enscoe Got upset and looked at
10. my face card and smiled at me and the Deputy
11. Ordered me to go to Cell #16. I walked in full high
12. Powered Restraints with (Black Box) included to
13. the far Back of the Bull Pen area which houses
14. Cells (~~15-16-17~~) ~~&~~ (16-17-18) and when I walked into
15. the Deep MAX Cell 16, Brian Dubrin and anothe
16. Nazi Low-rider Skinhead was waiting for me with
17. thier razorblade shanks attached to two tooth-
18. brushes in thier hands, Brian Dubrin wasn't
19. in his handcuffs and I Knew then that I had bee
20. Set up by the Deputy's. The (2) Two Racist Skinhead
21. Began to advance forward & I began to scream for
22. the Deputies to assist me because I couldn't run
23. fore I had on Leg Restraints attached to my waist
24. Chain while handcuffed. My Loud Screams for help
25. went Unnoticed. Approx 6 to 8 Deputies, a Sergent an
26. a Custody Specialist was no more than 30 yard's away
27. however noone came to my aide & I was cut multip

1. Times. I was bitten, tripped and Stomped. I was called Racial
2. Slurs Because I'm AN African American Male and I was told
3. by Brian Dubrin that if I snitched he'd have my family killed be-
4. cause he is (And this is NOTED INSIDE COURT RECORDS) The shot
5. Caller or Leader of the Nazi Lowrider Terrorist Group for the County
6. of San Bernardino. I the Plantiff was Cut on my Back Shoulder
7. Blade By Brian Dubrin resulting in a "4½ inch Laceration (LONG) AN
8. A 2½ inch (wide) approx 2½ inches deep" requireing Eleven (11) staples to
9. close the wound. I was bitten by and Cut on my Left forearm
10. by Both Brian Dubrin and the Other Said Nazi Culprit. I
11. Continued to scream in agonizeing pain from being
12. Tortured & spit on and Stomped & cut on by these two
13. racist Terrorist. I began to Cry and Kick and Scream
14. when Deputy C. DAZALLA Came into the Cell and said
15. "what the fuck are you doing to Brian Dubrin Crip"
16. Deputy C. DAZALLA then Grabbed me slammed me
17. against the wall and called for back up and treated
18. me as if I was the One Attacking (2) Two RACE-
19. Nazi's with RAZOR Style Knives, I the Plantiff
20. was bleeding Profusely and was covered with Spit
21. (Saliva). I the Plantiff was then Surrounded by all
22. the Deputies and Sergents, I was told to keep
23. My Mouth closed by Deputy B. Enscoe. I the
24. Plantiff was asked did I want to press charge"
25. on either of the 2 culprits and I said "NO". I
26. was then Video Taped and Audio Taped, Picture
27. were taken, I was then sent to Arrowhead

1  
2 Hospital in Colton, California, Treated and
3 released. I was sent back to San Bernardino
4 County, West Valley Detention Center an I was
5 Traumatised! I continued to hear thier voices
6 (The Assailants) in my head Calling me Nigger and
7 You black Piece of Shit, the Swastikas Tattooed on
8 them and the intimidateing Deputies. I the
9 Plantiff Refused to Press Charges on them becaus
10 I was scared for my life and my families life. This
11 was an Attempted Murder on a States Witness & it
12 was allowed to happen in a facility that is heavily
13 Secured with Audio & Video Camera's. I was scared
14 And since this incident I've Been Mentally and
15 Psychologically and physically ~~scarred~~ scarred! I'm still
16 hearing thier voices and I relive this hate Crime
17 everyday of my life. I've been confined to this
18 Mentally Secured facility because of those NAZi's
19 Brutal Assault on Me & I've been Placed in the
20 (E.O.P.) Enhanced Outpatient Program here in Prison.
21 I was diagnosed with Paranoid Schizophrenia and
22 Bi-polar Disorder because of this incident. I've
23 never recieved this much Mental health treatment
24 Ever! I was scared to write my family & tell them of
25 this Abuse. I wrote the Complaint to the Grievance
26 Procedure at West Valley Detention Center and I
27 Never got a response. I wrote approx (4) different

1 Grievances and none were answered, I saw that this was a
2 deliberate effort to hide the Truth, Also on the behalf of the Deput
3 District Atty: Carlo DiCesare not picking up these charges being
4 that I was shipped from state Prison to testify against this Racis
5 Dude and his Conrad. This is A Cover-up!! Any Civilized District
6 Attorney would've picked up this Case because it happen to a
7 States witness and it happened "AGAIN" In a Court house
8 By the same guy (Brian Dubrin) whom the D.A. was seeking to
9 give A life sentence. I tried to exhaust my Administrative
10 Remedies and was transfered back to Prison However before I
11 left West Valley Detention Center I wrote the San Bernardino
12 Internal Affairs (5) Five times and Now they're investigateing my
13 claim. I've been contacted (3) Three times by the Investigateing
14 Sergent about this Matter However it's still Ongoing.

15
16
17 ## CLAIM 1.
18 Defendant: GARY S. Penrod Has caused Plantiff to
19 Suffer the Physical Injury Inflicted on Plantiff in the
20 San Bernardino County Courthouse on 9·28·2007 by
21 A two (2) Known Violent Terrorist Gang Members. Due
22 To Sheriff's GARY S. Penrod's Deliberate Indifference to
23 and Callous disregard for his supervisory duty to train
24 his subordinate officers sufficiently to enable them to
25 recognize and act to prevent the risk of serious injury
26 Or death being inflicted on Plantiff, A States witness for
27 the County of San Bernardino by (2) Known Violent Terrorist

## CLAIM 2

Defendant Penrod, has caused plaintiff to suffer the physical injury described in claim one by Defendant Penrod's deliberate indifference and callous disregard for his duty to provide direct supervision over his employee of the San Bernardino Sheriffs Department so that said employee's official conduct is not permitted to become insufficient at providing an adequate degree of safety for plaintiff and, thereby, facilitate the injury to plaintiff that is cited in claim one

## CLAIM 3

Defendant County of San Bernardino has caused plaintiff to suffer the injury caused in claim one by failing to promulgate rules and regulation that require its sheriffs Department to routinely seek to identify and search out of its ranks, employees who act with deliberate indifference and callous Disregard when failing to provide plaintiff with a adequate degree of safety from attack while an inmate to in custody of its jail system & also a witness for the State of California ... The Plaintiff is also claiming that the County of San Bernardino refused to answer my grievance forms while en custody at West Valley Detention Center in Rancho Cucamonga, California . The

1. Plaintiff is claiming also that the County Council
2. and the San Bernardino Board of Supervisors
3. refused to answer my Complaint when I filed a
4. tort Claim on (3) Seperate Occasions So I was
5. forced to write the Internal Affairs Office.
6. Whom now has an ongoing Investigation.

7.
8.                          CLAIM 4
9. Defendant: Deputy B. Ensco has caused plaintiff
10. to suffer the physical injury described in Claim One
11. by acting in Deliberate Indifference and Callous Disregard
12. for plaintiffs civil rights to be Protected from being assaulted
13. by violent inland terrorist. On 9.28.2007 Deputy
14. B. Enscoe orchastrated an attempted Murder on a
15. States Witness By assigning Brian Dubrin (an Inmate)
16. And another White Supramace (Inmate) to the same
17. cell area that I was later assigned too. Deputy B.
18. Enscoe is the Deputy whom Had our face Cards
19. and Cell Assignments on a clipboard in his
20. hand. Deputy B. Enscoe is the Deputy whom
21. Verbally told me to go to where cell #16 is
22. located at in the back of the holding area and
23. Deputy B. Enscoe Is the Deputy whom And
24. assigned Brian Dubrin and John Doe (the other man
25. whom assaulted me) approx 10 to 15 minutes before
26. assigning me the Plaintiff to the Same area & not
27. securing any Doors. Deputy B. Enscoe litterally Set me up

1

1  Deputy B. Enscoe Knew exactly what he was doing
2  when he assigned me to go to cell #16 and Deputy
3  B Enscoe Knew that I was a states witness against
4  Inmate Brian Dubrin for a past assault and Deputy
5  B. Enscoe had Both Brian Dubrin's and the Plaintiffs
6  Keep away Cards - Enemy Status Paperwork in his
7  hand Highlighted in big florescent Green highlights
8  Deputy B. Enscoe Knew that I was brought Down from
9  prison to testify against Brian Dubrin so Deputy B.
10 Enscoe should've never assigned me to go nowhere
11 near cells #16. #17 or #18. Deputy B Enscoe placed Plaintiff
12 in a Dangerous & Deadly Situation and Deputy B.
13 Enscoe ignored my yells, screams and Cries for
14 help.

15                *Claim 5 *  DEFENDANT
16 DEFENDANT Deputy C. Dazalla has Caused the Plaintiff to suffer
17 the physical injury described in claim one by acting in
18 Deliberate indifference and Callous Disregard for Plaintiffs
19 Civil rights to be protected from being Physically Assaulted
20 by Violent In-land terrorist. On 9-28-2007 Deputy
21 C. Dazalla was on Duty at Rancho Cucamonga
22 Courthouse in San Bernardino County in the City of
23 Rancho Cucamonga. Deputy C. Dazalla was one of the
24 Many Deputies whom was present in the hall-
25 way upon my entrance and could've re-directed
26 me to another cell and ~~the~~ Deputy C. Dazalla
27 also Knew that I the plaintiff was brought down from

1. prison & was a states witness.' Deputy C. Dazalla
2. refused to adhere to my loud screams and my
3. cries for help showing something was wrong
4. in the tank, Deputy C. Dazalla grabbed me & threw
5. me against the wall as if I was the attacker.
6. Deputy C. Dazalla also wrote the incident report
7. and the Discipline reports.

8.
9.         Claim 6
10. DEFENDANT: Does 1-10 has caused the Plaintiff
11. to suffer the physical injury described in claim one
12. by acting in Deliberate Indifference and Callous
13. Disregard for Plaintiffs civil rights to be protected
14. from being physically Assaulted by Extreme
15. Violent Elm. land terrorist.. Does 1-10 are
16. Employed by the San Bernardino Sheriffs Depart-
17. ment are a custody specialist, Deputy Sheriffs and
18. Sergents and luitnants, All said Does 1-10
19. Knew I was a States witness and that climate
20. Brian Dubrin & the other climate Should'ie been
21. locked in their cells. Also Does 1-10 allowed
22. Brian Dubrin to go through 2 metal Ditectors
23. a full Body Strip Search and a metal
24. Detector hand-held wond searching
25. Mechanism; Alowd both climates to get
26. weapons. that are metal into a Court house.
27. Not only into a Courthouse but also to have the

✪
COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 05 90192

1  capacity & ability and the Blindspot to effectively
2  use their weapons, in an attempt to Murder a
3  States Witness. Does 1-10 were present in the
4  hallway when Deputy B. Enscoe sent Both
5  Culprits to cells in the Blindspot. Does 1-10 Know
6  That the Doors where were not locked and that
7  Deputy B. Enscoe ordered me to go back there
8  where (2) assaulants were waiting to try to Kill
9  the Plaintiff or Cause Great Bodily Injury and
10 All Does 1-10 refuse to adhere to my loud
11 Screams for Help. Does 1-10 refused to allow
12 the Ambulance to take me to the hospital
13 Does 1-10 made the paramedics leave and
14 Does 1-10 made a Deputy take me to Arrowhead
15 Hospital, whereas I had Multiple laceration
16 requiring (11) eleven staples in my Back. This Is
17 Clearly a Cover-up! Does 1-10 refused me the
18 proper medical Care By trying to Be Sly and Send
19 the Paramedics away & take me Themself es.
20
21            PRAYER FOR Relief
22 Wherefore, plaintiff prays for judgement against the defendants &
23 all Claims as follows.
24 #1) Compensatory Damages, firstly in the Amount of
25 $10,000,000.00 for the Wanton Disregard for the Safety
26 of a States Witness Being one the Plaintiff filing
27 His Complaint whom was Brutally Physically Assaulted By (2)

Terrorist as Described in Claims 1-6. Secondly Plaintiff
seeks the Amount of #5,000,000 for the mental disability
and Psychological disstability of Plaintiff Because of this
hideous Hate Crime, The Abject fear of whites and the
Pain & Suffering and the Continued Pain and Suffering
as a result of this incident.

2) Plaintiff seeks Punitive Damages in the Amount
deemed just and equitable by this court. Thank you

Declaration And Injunctive Relief
Plaintiff request the Court Declare: that Plaintiff has
a due process and equal protection right to be protected
from unprovoked and reasonably foreseeable physical
Assault where Plaintiff is under the Custody of the
San Bernardino Sheriff's Department and ~~the~~ Under a due
judge Ordered Restraining Order and is still attacked by
the same culprit again. That he has a 8th amendment-
ment & 14th Amendment ~~right~~ Constitutional right to be
protected and Unharmed Per Court Order. Plaintiff
further prays for all such other and further relief
as to this Court deems just, equitable and proper.

Dated: 1-28-2009

Signature: Ervin Kaprelle Carpenter
(AKA) Lamont Gatinson.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV 2-60)

OSP 10 10192

PLEASE
        RESPOND TO PLAINTIFF AT
THE Addy Below:

        LAMonT JOHNSON T·14788
        D·1·134 — CSP — LAC
        P.O.BOX 4670
        LANCASTER, CA 93539

# EVIDENCE

# EXIBIT·A



1
2         DECLARATION OF ERVIN CARPENTER
3 (AKA) LAMONT JOHNSON

4
5 ① I Ervin L. Carpenter Do hereby Declare:
6 That I am the Plaintiff in this Action acting in Pro'se
7 without the Professional Assistence of Counsel while
8 Incarcerated at California State Prison-Los Angeles.

9
10 ② On Nov 29, 2006 I the plaintiff was Assaulted by an inmate
11 A one Brian Dubrin, At the Chino, CA; Courthouse, this Assault
12 was witnessed by Deputy C Young & Deputy Louis Guevara. Deputy
13 L. Guevara had to use his County Issued TAZER Gun to stop Brian
14 Dubrin from repeatly strikeing me with his left fist in the back of
15 My head, Deputy L. Guevara wrote A Discipline Report on Brian Dubrin
16 And the Assault was reffered to the District Attorney whom pressed
17 formal Charges on Brian Dubrin, There is Documented proof of this
18 Also Brian Dubrin was found Guilty and Sentenced in A Court of
19 Law for Assaulting me.

20
21 ③ On 9.28.2007 I was Assaulted Again By Brian Dubrin
22 And Another Nazi low-rider Terrorist in An Attempt to
23 Kill me, the Plaintiff, so that I would not testify Against
24 Brian Dubrin on the Above mentioned Assault...

25
26 ④ On Nov. 29, 2006 The District Attorney Namesha
27 Gohil pressed formal Charges on Brian Dubrin for

1 Assaulting me and A ENEMY FILE & Protection Order was

2 Placed on My File HND Both Of Our FACE CARDS, MOVEMEN

3 CARDS AND INIMATE FILES It was Highlighted ABOUT THE

4 "KEEP AWAY" Order (Restraining Order) ABOUT US.

5

6 ⑤ On (9·28·2007) on 10·10·2007 and on Another DATE I

7 Filed GRIEVANCES on THIS Assault AND NONE OF MY GRIEVANCES

8 WERE ANSWERED, I FILED THis Paperwork while still incarcerated

9 At West Valley Detention center in San Bernardino County. This is &

10 was A Blatant Attempt to Block me FROM HAVEING A FORMAL Investiga

11 on this Brutal Assault & Staff Misconduct...

12

13 ⑥ In the Month of October of 2007 I wrote the Board of

14 Supervisors @ San Bernardino County Board of Supervisors

15 385 N. Arrowhead Ave 5th floor: San Bernardino Ca-92415-U

16 I wrote this entity on 3 different Occasions and I've never

17 ever have gotten a response-again-a Deliberate & Blatant

18 Attempt to Block me from having a formal Investigate

19 on this Brutal Assault & Deputy M²isconduct!

20

21 ⑦ In the Month of December of 2007 I wrote the

22 County Council and on (4) Occasions of writeing the

23 I've never gotten a Response from December of 2007

24 till Date! Again - Another show of resistence and

25 trying to Block me from a formal Investigation

26

27 ⑧ On 4·14·2008 I wrote the San Bernardino

1 Internal affairs and Since then I've been Contacted b
2 Phone while I'n Prison (3) three times on Recorded cInterview
3 with a Sergent of the San Bernardino Sheriffs Department...
4 He said the Case is still under investigation.

5

6 ⑨ On 9.28.2007 Deputy B. Enscoe Ordered me to go
7 into a Blind spot Cell where (2) two Nazi terrorist
8 where uniting with Shank Style Knives and I was
9 cut, Biten, Kicked, Spit on and Called Racial Slurs
10 while B. Enscoe Done Nothing to stop this assault.
11 Deputy B. Enscoe was fully aware of the harm that
12 could be done. Deputy B. Enscoe and All Other Deputies present
13 in that long hallway Knew all of us where assigned to the
14 Same section & they Knew I the plaintiff didn't Know these
15 (2) two racist terrorist were back there.

16

17 ⑩ Deputy C. Dazalla wrote the Discipline report against Both
18 Racist terrorist however they both were not Charged with attemp
19 murder or any other charges and this was not refered to the
20 District Attorney because this is an intricate Plot to cover-up
21 the Staff Misconduct for failure to protect and Violation of
22 My Civil & Constitutional and cInstitutional Rights. This
23 was a Hate Crime in A Superior Court house and a
24 Crime against the States witness (inside) the Courthouse
25 and no charges were filed this is again & again & again
26 a cover-up & to Block Supreme Justice 'en my behalf.
27 Where on Earth is it legal to Stab a States witness

1  just before his to testify against you! I was sent to the
2  hospital and unable to testify and was sent to Court on a
3  unrelated charge the next day.

4  (2)

5  (1)The Case was Continued and I the plaintiff
6  was sent Back to prison, however I was called
7  Back down from prison a second time to testify
8  Against Brian Dubrin after I've seen this
9  Continued Cover-up & outright Blatant Disrespect
10 for the Code of law I was scared for my safety
11 And Again Deputy B. Briscoe told me not
12 to testify and gave me that "on the look" so
13 I took the stand and plead the 5th Amendment
14 And I was sent Back to prison, Brian Dubrin
15 was found guilty of the first Assault and Sentence
16 Brian Dubrin Stabbed me in the Courthouse
17 and wasn't Charged period! This is ludicrous.

18
19  I declare under the penalty of perjury under
20 the laws of the State of California the foregoing
21 is true and Correct.
22        Executed this 26th Day of January, 2009
23 at Lancaster State Prison in Lancaster, Ca.
24
25
26        AKA   Lamont Johnson
27               Plaintiff/Declarant
                    In Pro'se

# EVIDENCE

# EXIBIT·B

## 832.5 Citizen Complaints

## Sent to Internal Affairs

## Also the Following Entities:

1. Grievance Procedure At West-Valley Detention Center
2. The Board of Supervisors @ San Bernardino County
3. The County Counsel.



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV 2-95)

OSP 01 101192

## 832.5 CITIZENS COMPLAINT

### INVESTIGATION: DESCRIPTION OF PROCEDURE:RETENTION OF RECORDS

(A) EACH DEPARTMENT OR AGENCY IN THIS STATE WHICH EMPLOYS PEACE OFFICERS SHALL ESTABLISH A PROCEDURE TO INVESTIGATE CITIZENS COMPLAINTA AGAINST THE PERSONNEL OF SUCH DEPARTMENT OR AGENCIES AND SHALL MAKE A WRITTEN DESCRIPTION OF THE PROCEDURE AVAILABLE TO THE PUBLIC.

(B) COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING THERETO SHALL BE RETAINED FOR A PERIOD OF AT LEAST FIVE YEARS.(ALL REFERENCE TO CALIFORNIA PENAL CODE 2008)

PERSONNEL COMPLAINT:

COMPLAINANT ERVIN L.CARPENTER/LAMONT JOHNSON(A.K.A.)

ADDRESS 9500 N.ETIWANDA AVE.RANCHO CUCAMONGA CA.91739

DATE AND TIME OF INCIDENT 9/28/2007 @9:00am

LOCATION OF INCIDENT RANCHO CUCAMONGA COURTHOUSE

PERSONNEL INVOLVED SAN BERNARDINO COUNTY SHERIFF'S DEPUTY[S] ▓▓▓▓▓▓, C.DAZALLA,AND B.ENSCOE.

NAMES AND ADDRESS OF WITNESSES SAN BERNARDINO COUNTY SHERIFF DEPUTY, LOUIS GUEVARA.

STATEMENT OF COMPLAINT: ON  9/28/2007 DEPUTIES,BRIDGES,C.DAZALLA, AND ENSCOE WITH MALICE AFORETHOUGHT WILLFULLY NEGLECTED THERE GOVERNMENTAL RESPONSIBILITIES,TO PROMOTE AND FURTHER RACIAL VIOLENCE BETWEEN INMATES BY THE INTENTIONALLY DISREGARD FOR A "KEEP AWAY ORDER" WHICH CAUSE COMPLAINANT TO BE ASSAULTED AND SUSTAINED PHYSICAL DISFIGURING INJURIES AS WELL AS GRAVE MENTAL AND EMOTIONAL SUFFERING.

1

## STATEMENT OF FACTS

ON 11/29/2006,THE SAN BERNARDINO COUNTY DISTRICT ATTORNEY'S OFFICE
FILED A FELONY COMPLAINT NAMING BRIAN DUBRIN DEFENDANTIN AN ACTION
IN VIOLATION OF P.C.§245(a)(1) "ASSAULT" ON THE PERSON OF ERVIN L.
CARPENTER,AKA LAMONT JOHNSON. THE ALLEGED ASSAULT HAPPEND AT THE
CHINO COURTHOUSE AND WITNESSED BY A DEPUTY YOUNG AND LOUIS GUEVARA
BOTH EMPLOYED BY "S.B.S.D. AS A DIRECT OF THE ASSAULT AND ITS
SUBSEQUENT PROSECUTION A KEEP AWAY (I.E.RESTRAIN ORDER) WAS ISSUED
DIRECTING THE SHERIFF'S TO MAINTAIN A CONTINUED SEPERATION OF
DUBRIN AND CARPENTER. THE INFORMATION IN RESPECT TO THE KEEP AWAY
ORDER WAS TRANSMITTED TO THE CENTRAL JAIL AND DOCUMENTED

ON 9/28/2007,THE PROSECUTION MOVED THE CASE TO RANCHO CUCAMONGA,
FOR CONVIENCES...ON THIS PARTICULAR MORNING I WAS TRANSFERED FROM
W.V.D.C. DURING WHICH TIME THE TRANSPORTATION DEPUTIES MADE
ACKNOWLEDGEMENT OF THE KEEP AWAY ORDER SEPERATED CARPENTER AND
DUBRIN AND ALSO PASSED A COPY OF THE ORDER TO DEPUTY ENSCOE ALONG
WITH A PHOTO-COPY OF CARPENTERS W.V.D.C.PICTURE I.D.. UPON MY
ARRIVAL AT THE RANCHO COURTHOUSE DEPUTY ENSCOE,WHOM HAD A COPY OF
THE KEEP AWAY DOCUMENTS IN HIS HAND WAS ACCOMPANIED BY DEPUTIES
█████████ AND DAZALLA,[O]RDER CARPENTER TO GO INTO CELL#16 WHERE
THE DEFENDANT DUBRIN,AND ANOTHER INMATE WHO WAS LATER IDENTIFIED
AS A SKINHEAD WAS WAITING,SUBSEQUENTLY I WAS AGAIN ATTACKED WITH
RAZORS FASHIONED AS WEAPONS...AFTER CALLING FOR HELP,THE FORE NAMED
DEPUTIES NOW ACCOMPANIED WITH SEVERAL WHITE OFFICER SEEMED TO BE
AMUSED AND DELAYED INTERVENTION,AS A DIRECT RESULT OF THE ATTACKED
I WAS TAKEN TO  THE HOSPITAL WHERE I RECIEVED TREATMENT FOR MULTIPLE

2

LACERATIONS WHICH INCLUDED STAPLES IN MY BACK AND ALSO RECIEVED TREATMENT FOR "BITE"WOUNDS.

COMPLAINANT ASSERTS THERE IS ABSOLUTELY NO DOUBT THE NAMED DEPUTIES KNEW OR SHOULD HAVE KNOWN ABOUT THE RESTRAINING ORDER MOREOVER MR.DUBIN, HAS A CONTINUED OVERWHELMING HISTORY OF CUTING AFRICAN AMERICANS DOCUMENTED AT W.V.D.C THIS INMATE IS ACCORDED.THE OPPORTUNITY TO BE ABLE TO SLIP OUT OF HIS HAND CUFFS WHILE AFRICAN AMERICANS ARE CUFFED UP IN A HELPLESS POSITION OR HE OUT RIGHT HAS HAND CUFF KEYS,WHICH CAN ONLY BE ACQUIRED FROM DEPUTIES.

COMPLAINANT ALSO ASSERTS THAT,W.V.D.C IN PARTICULAR UNIT #5 HAS A OVERT CORRUPT PRACTICE OF PROMOTING RACIAL INDIFFERENCES,VIOLENCE BY MEANS OF THE GLADIATOR SYNDROME,IN WHICH WHENEVER THERE IS RACIAL DISHARMONY,INMATES OF DIFFERENT RACIAL GROUPS THAT ARE AT ODDS ALWAYS ARE LET OUT AT THE SAME TIME IN A RACIAL SEGRAGATED UNIT THAT ONLY ALLOW ONE CELL OUT AT A TIME. THESE CORRUPT ACTIONS HAS BEEN CONTINUED TO BE UNDERMINDED AS AN INADVERTENT ACCIDENT, HOWEVER A FAIR AND IMPARTIAL INVESTIGATION WILL REVEAL THAT SUCH IS A COMMON LIFE ENDANGERING PRACTICE PROMOTED BY RACIAL HATERED.

## PRAYER FOR RELIEF

COMPLAINANT PRAYS FOR AN IMMEDIATE INVESTIGATION OF THE FACTS ASSERTED HEREIN,AND UPON SUCH FINDINGS,THE APPROPIATE ACTION WILL OCCUR INCLUDING RETENTION OF FACTS IN THE NAMED OFFICERS RECORDS, SUSPENSION FROM DUTY,AND TRAINNING TO ENSURE FUTURE RIGHT ACTION AND ALL OTHER RELIEFS INCLUDING COMPENSATION TO COMPLAINANT.

# VERIFICATION

I, ERVIN LAPRELLE CARPENTER, ALSO LAMONT JOHNSON, COMPLAINANT IS THE
PARTY DIRECTLY EFFECTED BY THE FOREGOING ACTION. I HAVE PERSONAL
KNOWLEDGE AND BELIEFS OF THE FACTS ASSERTED IN THIS COMPLAINT.
I DECLARE UNDER THE PENALTY OF PERJURY LAWS OF THE STATE OF
CALIFORNIA THAT THE FOREGOING COMPLAINT IS TRUE AND CORRECT AND AS
SUCH FACTS VERIFIED UPON INFORMATION AND BELIEF, THAT I AM SO INFORME
AND BELIEVE THE SAME TO BE TRUE AND CORRECT, AND TO SUCH I AFFIX
MY SIGNATURE HERETO THIS____4th____DAY OF__April____2008, EXECUTED IN
RANCHO CUCAMONGA CA. 91739

_Ervin L. Carpenter_
                    COMPLAINANT

4



**TERRY NAFISI**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Thursday, February 05, 2009

**LAMONT JOHNSON**
**CDC# T-14788**
**P.O. BOX 4670**
**LANCASTER, CA 93539**

Dear Sir/Madam:

A Complaint for Civil Rights was filed today on your behalf and assigned civil case number
EDCV09- 220 ODW (CW)

Please refer to this case number in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

☐ District Court Judge _____

☒ Magistrate Judge      **Carla Woehrle** _____

at the following address:

☒ U.S. District Court          ☐ Ronald Reagan Federal          ☐ U.S. District Court
  312 N. Spring Street              Building and U.S. Courthouse         3470 Twelfth Street
  Civil Section, Room G-8          411 West Fourth St., Suite 1053      Room 134
  Los Angeles, CA  90012           Santa Ana, CA  92701-4516            Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Sincerely,

Clerk, U.S. District Court

By: AGRAGERA _____

Deputy Clerk

CV-19 (04/01)          **LETTER re FILING CIVIL RIGHTS COMPLAINT**