TERESA M. McGOWAN, CA Bar No. 145823
Deputy County Counsel
RUTH E. STRINGER, CA Bar No. 103563
County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-5283
Fax:         (909) 387-4069
*tmcgowan@cc.sbcounty.gov*

Attorneys for Defendants, COUNTY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT, SHERIFF GARY S. PENROD, DEPUTY C. DAZALLA and DEPUTY B. ENSCO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| ERVIN LA PRELLE CARPENTER (AKA) LAMONT JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>GARY S. PENROD, Deputy Sheriff C. DAZALLA: DEPUTY B. ENSCOE: DEPUTY, DOES 1-10, SAN BERNARDINO SHERIFF DEPARTMENT COUNTY OF SAN BERNARDINO,<br><br>Defendants. | CASE NO. EDCV 09- 00220 ODW (CW)<br><br>**STIPULATION TO DISMISS DEFENDANTS AND ORDER THEREON** |

It is hereby stipulated by and between the parties hereto, through Teresa M. McGowan, Deputy County Counsel, attorney for Defendants and Ervin La Prelle Carpenter aka Lamont Johnson, appearing in pro per, that Plaintiff Ervin La Prelle Carpenter, aka Lamont Johnson, pursuant to Federal Rules of Civil Procedure, § 41(a) agrees to dismiss Defendants, County of San Bernardino, County of San Bernardino Sheriff's Department, Sheriff Gary S. Penrod, Deputy C. Dazalla and Deputy B. Enscoe, in all capacities, with prejudice subject to terms of the parties settlement agreement.

1  All sides agree to bear their own costs and attorneys' fees.

3  IT IS SO STIPULATED.

5  Dated: April 29, 2009

RUTH E. STRINGER
County Counsel

*[signature]*

TERESA M. McGOWAN
Deputy County Counsel
Attorney for Defendants COUNTY OF SAN BERNARDINO, COUNTY OF SAN BERNARDINO SHERIFF'S DEPARMENT, SHERIFF GARY S. PENROD, DEPUTY C. DAZALLA AND DEPUTY B. ENSCOE

16  DATED: May 4, 2009

ERVIN LA PRELLE CARPENTER,
AKA, LAMONT JOHNSON
PLAINTIFF IN PRO PER

*[signature]*

ERVIN LA PRELLE CARPENTER,
AKA, LAMONT JOHNSON,

# 2264067   TMM:dht
288.1139

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On April 29, 2009, I served the following documents (*specify*):

## STIPULATION TO DISMISS

I served the documents on the persons below, as follows:

Ervin La Prelle Carpenter aka            In pro per
Lamont Johnson T-14788
D-1-134-CSP-LAC
P.O. Box 4670
Lancaster, CA 93539

Hueston Whiteside
Risk Management Division
Via Interoffice Mail
Claim No. #102345

Dan Garcia
Sheriff's Department
Via Interoffice Mail

The documents were served by the following means:

☒ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (*specify one*):
(1) ☐ deposited the sealed envelope on _____, 2009, with the United States Postal Service, in San Bernardino, California with postage fully prepaid.
(2) ☒ placed the envelope for collection and mailing, on April 29, 2009, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in San Bernardino, California, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California. I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

DATE: April 29, 2009

_____
Dianne Tito, Declarant